July 15, 2005

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suites 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Committee on Financial Disclosure:

Based on correspondence received from you dated June 15, 2005, the 2004 Financial Disclosure Report has been amended. The report has been amended in Part VII. This amendment was necessary to provide detail of the holding within the Smith Barney I.R.A., previously disclosed.

Thank you for your assistance in this matter.

Sincerely,

Victoria A. Roberts

RECEIVED
2005 JUL 21 A 11: 01
FINANCIAL
DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  ROBERTS, VICTORIA A | 2. Court or Organization  EASTERN DISTRICT OF MICHIGAN | 3. Date of Report  7/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  UNITED STATES DISTRICT COURT  231 W. LAFAYETTE BLVD ROOM 123  DETROIT, MI. 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PARTNER | GEMB PARTNERSHIP, LAW FIRM, NO CONTROL |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | GOODMAN, EDEN, MILLENDER & BEDROSIAN RETIREMENT PLAN, NO CONTROL |
| 2. | 2004 | GEMB PARTNERSHIP, LAW FIRM, NO CONTROL |

RECEIVED 2005 JUL 21 A 11:01 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | GEMB PARTNERSHIP, NO CONTROL, NET INCOME | 40,151 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | . DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 7/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SIMONE ROAD, L.L.C | A | Rent | K | W | | | | | |
| 2. JUDY CIRCLE, L.L.C. | A | Rent | K | W | | | | | |
| 3. FAIRVIEW DRIVE, L.L.C. | A | Rent | K | W | | | | | |
| 4. DOVER ROAD, L.L.C | A | Rent | K | W | | | | | |
| 5. BURGER ROAD, L.L.C | B | Rent | K | W | | | | | |
| 6. DEARBORN HEIGHTS, L.L.C | A | Rent | K | W | | | | | |
| 7. PALMER ROAD, L.L.C | A | Rent | K | W | | | | | |
| 8. KNOLSON ROAD, L.L.C | A | Rent | K | W | | | | | |
| 9. I.R.A. - JANUS FUND | A | Dividend | K | T | | | | | |
| 10. I.R.A. - JANUS TWENTY FUND | A | Dividend | K | T | | | | | |
| 11. I.R.A. - JANUS VENTURE FUND | A | Dividend | K | T | | | | | |
| 12. I.R.A. - AIM CONSTELLATION FUND | A | Dividend | K | T | | | | | |
| 13. I.R.A. - STANDARD FEDERAL BANK CD'S | A | Interest | K | T | | | | | |
| 14. BANK ONE, MICHIGAN - SAVINGS | A | Interest | J | T | | | | | |
| 15. JANUS FUND | A | Dividend | K | T | | | | | |
| 16. JANUS TWENTY FUND | A | Dividend | J | T | | | | | |
| 17. JANUS VENTURE FUND | A | Dividend | K | T | | | | | |
| 18. DAIMLER CHRYSLER STOCK | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A | 7/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CONDOMINIUM - CHICAGO, ILLIONOIS | A | Rent | M | W | SELL | 8/12 | M | D | JOHN HARRIS |
| 20. ANN ARBOR TRAIL ASSOC., L.L.C. | A | Rent | K | W | | | | | |
| 21. SALOMON SMITH BARNEY I.R.A. | A | Dividend | M | T | | | | | |
| 22. -AIM AGGRESSIVE GROWTH FUND CLASS A | | | | | | | | | |
| 23. -AIM PREMIER EQUITY FUND CLASS A | | | | | BUY | 12/22 | J | | |
| 24. -AIM INTERNATIONAL GROWTH FUND CLASS A | | | | | | | | | |
| 25. -JOHN HANCOCK SMALL CAP GROWTH FD A | | | | | | | | | |
| 26. -MFS EMERGING GROWTH FUND CL A | | | | | | | | | |
| 27. -FRANKLIN MUTUAL SHARES FUND CLASS A | | | | | BUY | 12/22 | J | | |
| 28. -SMALLCAP WORLD FUND CLASS A | | | | | BUY | 12/14 | J | | |
| 29. -TEMPLETON DEVELOPING MARKETS TRUST CLASS A | | | | | BUY | 12/15 | J | | |
| 30. -WASHINGTON MUTUAL INVESTORS FUND CLASS A | | | | | | | | | |
| 31. BANK ONE, MICHIGAN-CHECKING | A | Interest | K | T | | | | | |
| 32. STANDARD FEDERAL BANK C.D. | A | Interest | K | T | BUY | 12/04 | K | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VI. Libilities - The mortgage payable to Homeside Lending has been removed. This mortgage was repaid during 2004, with the sale of the condominium in Chicago, Illinois. This mortgage was on the condominium which was sold and was paid off at the closing of the condominium.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROBERTS, VICTORIA A | 7/15/2005 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _July 12, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) ROBERTS, VICTORIA A | 2. Court or Organization EASTERN DISTRICT OF MICHIGAN | 3. Date of Report 5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address UNITED STATES DISTRICT COURT 231 W. LAFAYETTE BLVD ROOM 123 DETROIT, MI. 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PARTNER | GEMB PARTNERSHIP, LAW FIRM, NO CONTROL |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | GOODMAN, EDEN, MILLENDER & BEDROSIAN RETIREMENT PLAN, NO CONTROL |
| 2. 2004 | GEMB PARTNERSHIP, LAW FIRM, NO CONTROL |

2005 APR 26 P 1:51 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | GEMB PARTNERSHIP, NO CONTROL, NET INCOME | 40,151 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. ·See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.    SIMONE ROAD, L.L.C | A | Rent | K | W | | | | | |
| 2.    JUDY CIRCLE, L.L.C. | A | Rent | K | W | | | | | |
| 3.    FAIRVIEW DRIVE, L.L.C. | A | Rent | K | W | | | | | |
| 4.    DOVER ROAD, L.L.C | A | Rent | K | W | | | | | |
| 5.    BURGER ROAD, L.L.C | B | Rent | K | W | | | | | |
| 6.    DEARBORN HEIGHTS, L.L.C | A | Rent | K | W | | | | | |
| 7.    PALMER ROAD, L.L.C | A | Rent | K | W | | | | | |
| 8.    KNOLSON ROAD, L.L.C | A | Rent | K | W | | | | | |
| 9.    I.R.A. - JANUS FUND | A | Dividend | K | T | | | | | |
| 10.   I.R.A. - JANUS TWENTY FUND | A | Dividend | K | T | | | | | |
| 11.   I.R.A. - JANUS VENTURE FUND | A | Dividend | K | T | | | | | |
| 12.   I.R.A. - AIM CONSTELLATION FUND | A | Dividend | K | T | | | | | |
| 13.   I.R.A. - STANDARD FEDERAL BANK  CD'S | A | Interest | K | T | | | | | |
| 14.   BANK ONE, MICHIGAN - SAVINGS | A | Interest | J | T | | | | | |
| 15.   JANUS FUND | A | Dividend | K | T | | | | | |
| 16.   JANUS TWENTY FUND | A | Dividend | J | T | | | | | |
| 17.   JANUS VENTURE FUND | A | Dividend | K | T | | | | | |
| 18.   DAIMLER CHRYSLER STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000      G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000      O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)   S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CONDOMINIUM - CHICAGO, ILLIONOIS | A | Rent | M | W | SELL | 8/12 | M | D | JOHN HARRIS |
| 20. ANN ARBOR TRAIL ASSOC., L.L.C. | A | Rent | K | W | | | | | |
| 21. SALOMON SMITH BARNEY I.R.A. | A | Dividend | M | T | | | | | |
| 22. BANK ONE, MICHIGAN-CHECKING | A | Interest | K | T | | | | | |
| 23. STANDARD FEDERAL BANK C.D. | A | Interest | K | T | BUY | 12/04 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROBERTS, VICTORIA A | 5/15/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VI. Libilities - The mortgage payable to Homeside Lending has been removed. This mortgage was repaid during 2004, with the sale of the condominium in Chicago, Illinois. This mortgage was on the condominium which was sold and was paid off at the closing of the condominium.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROBERTS, VICTORIA A | 5/15/2005 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  4/19/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544